JPML FORM 1A                    DOCKET ENTRIES

              JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 287 --   IN RE LUMINEX INTERNATIONAL, INC. PRODUCTS LIABILITY LITIGATION

| Date | No. Code | |
|---|---|---|
| 11/30/76 | 1. | MOTION & SUPPORTING BRIEF -- Def. Luminex International, Inc. -- w/ Schedule of Actions and Certificate of Service (A-1 thru A-3) REQUESTED TRANSFEREE FROUM: Central District of California |
| 12/10/76 | 2 | RESPONSE -- ELLEN JONES AND JOHN HERZOG w/cert of service |
| 12/10/76 | | APPEARANCE -- Neil S. Keefer, Esq. for Ellen Jones and John Herzog |
| 12/13/76 | 3 | RESPONSE -- PLT. CLARA E. SHADDIX w/cert. of service. |
| 12/13/76 | | APPEARANCE -- STEPHEN E. BROYLES, ESQ. FOR CLARA E. SHADDIX |
| 12/21/76 | | HEARING ORDER -- Setting A-1 through A-3 for hearing Jan 28, 1977, Miami, Florida |
| 5/30/77 | | OPINION AND ORDER -- Denying 1407 transfer of litigation |

DOCKET NO. 287 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LUMINEX INTERNATIONAL, INC. PRODUCTS LIABILITY LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  1/28/77

Consolidation Ordered _____    Consolidation Denied  6/30/77

Opinion and/or Order _____
Citation _____

Transferee District _____   Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ellen Jones v. Luminex International, Inc. | Montana Battin | 76-67-BLG | | | | |
| A-2 | John Herzog v. Luminex International, Inc. | Montana Battin | 76-68-BLG | | | | |
| A-3 | Clara E. Shaddix v. Luminex International, Inc. | W.D.La. Stagg | CI760647 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 287 -- IN RE LUMINEX INTERNATIONAL, INC. PRODUCTS LIABILITY LITIGATION

---

LUMINEX INTERNATIONAL, INC.
John J. Costanzo, Esquire
Hillsinger & Costanzo
3345 Wilshire Boulevard
Suite 1000
Los Angeles, California  90010

ELLEN JONES (A-1)
JOHN HERZON (A-2)
Neil S. Keefer, Esquire
Keefer & Roybal
412 Hart Albin Building
Billings, Montana  59101

CLARA E. SHADDIX (A-3)
Stephen E. Broyles, Esquire
Theus, Grisham, Davis & Leigh
1303 Bancroft Circle
Drawer 4768
Monroe, Louisiana  71201